# EXHIBIT B

"From: "Vyphius, Shavonne (Parks)"
<Shavonne.Vyphius@parks.nyc.gov<mailto:Shavonne.Vyphius@parks.nyc.gov>>
Subject: RE: Parkland Film Shoot Request Form - Brooklyn
Date: October 31, 2017 at 9:04:26 AM EDT
To: Martin Becerra <martinb@northsix.net<mailto:martinb@northsix.net>>, "Melissas, Nancy (Parks)"
<Nancy.Melissas@parks.nyc.gov<mailto:Nancy.Melissas@parks.nyc.gov>>
Cc: "Salig, Mary (Parks)" <Mary.Salig@parks.nyc.gov<mailto:Mary.Salig@parks.nyc.gov>>, "Vargas, Edwin (Parks)" <Edwin.Vargas@parks.nyc.gov<mailto:Edwin.Vargas@parks.nyc.gov>>

Good morning Martin,

This graffiti should NOT have been on the hand ball wall. Whom ever placed this on the wall caused me to fail this feature when inspected last week. I am unaware who did this.

From: Martin Becerra [martinb@northsix.net<mailto:martinb@northsix.net>]
Sent: Tuesday, October 31, 2017 7:50 AM
To: Melissas, Nancy (Parks)
Cc: Salig, Mary (Parks); Vargas, Edwin (Parks); Vyphius, Shavonne (Parks); jlenihan@media.nyc.gov<mailto:jlenihan@media.nyc.gov>
Subject: Re: Parkland Film Shoot Request Form - Brooklyn
Hi Team,

Thank you very much for allowing us to shoot in your parks, the shoot went great and pictures look amazing.

Do you know if the graffiti, at the William Sheridan Playground handball court is from a particular artist? I need to find out if I have to clear royalties. (see pictures attached)

Thank you in advance for your help.
[cid:image001.png@01D3896F.C5645B20]"