# EXHIBIT D

# GLUCK LAW FIRM, P.C.

602 N. SWEETZER AVENUE LOS ANGELES CA 90048
(310) 776-7413 | WWW.GLUCKIP.COM | INFO@GLUCKIP.COM

January 8, 2018

**VIA E-MAIL AND FEDERAL EXPRESS**

H&M
Attn: General Counsel

RE: *Jason Williams v. H&M et al.*

To Whom It May Concern:

We represent Jason Williams, the acclaimed contemporary artist who has shown and exhibited works in museums and galleries around the world, known by his artist pseudonym REVOK.

It has recently come to our client's attention that H&M and related parties have included Mr. Williams' original artwork in an advertising campaign for H&M products, without his permission or knowledge, appearing in Schedule A attached.

Our client is of the view that your company's unauthorized use of his original artwork, and the manner in which it is using the work, is damaging and is likely to cause consumers familiar with his work to believe there is a relationship between the parties. Accordingly, our client believes such conduct on your company's part constitutes claims including but not limited to copyright infringement, negligence, and unfair competition under U.S. and California law, and it must immediately cease.

Be advised that our client takes this matter very seriously. By this letter, we are offering you (or your counsel) the opportunity to discuss our client's concerns in greater detail and to resolve this matter amicably without resort to legal proceedings. Please let us know by Friday January 12, 2018 if you are willing to engage in such a discussion.

We look forward to your prompt, favorable response. In the meantime, all of our client's rights with respect to this matter are expressly reserved.

Sincerely,

GLUCK LAW FIRM P.C.
By: _____
Jeff Gluck

**SCHEDULE A**

